# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**TINA BUSHEY,**

       Plaintiff,

     vs.                   **CASE NUMBER: 8:13-cv-777 (GTS)**

**CAROLYN COLVIN,**

       Defendant.

| | | |
|---|---|---|
| **[ ]  Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[X]  Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that Defendant's motion for judgment on the pleadings (Dkt. No. 21) is GRANTED; that Plaintiff's motion for judgment on the pleadings (Dkt. No. 17) is DENIED; that Defendant's decision denying disability benefits is AFFIRMED; and that Plaintiff's Complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of September, 2014.

DATED:      September 30, 2014

_____
Clerk of Court

_____
L. Welch, Deputy Clerk